IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

INTERNATIONAL ASSOCIATION OF
MACHINISTS DISTRICT 10 and its LOCAL
LODGE 873,

      Plaintiffs,

    v.                                          Case No. 16-cv-77

RAY ALLEN and
JAMES R. SCOTT,

      Defendants.

## NOTICE OF APPEAL

NOTICE is hereby given that all the defendants, Ray Allen, in his official capacity as Secretary of the Wisconsin Department of Workforce Development, and James R. Scott, in his official capacity as the Chairman of the Wisconsin Employment Relations Commission, appeal to the United States Court of Appeals for the Seventh Circuit from the Amended Opinion and Order entered by this Court on December 28, 2016, (Dkt. 59) and the final Judgment entered by this Court on December 29, 2016 (Dkt. 60). True and correct copies of the Amended Opinion and Order and Judgment are being filed with this Notice of Appeal. Defendants have paid the applicable filing fee.

Dated this 27th day of January, 2017.

                Respectfully submitted,

                BRAD D. SCHIMEL
                Wisconsin Attorney General

                /s/ Steven C. Kilpatrick
                STEVEN C. KILPATRICK
                Assistant Attorney General
                State Bar #1025452

                Attorneys for All Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792
(608) 267-2223 (Fax)
kilpatricksc@doj.state.wi.us